TN Department of Commerce & Insurance

RECEIVED

OCT 02 2024

U.S. District Court
Middle District of TN

September 23, 2024

Lincoln National Life Ins. Co.
2908 Poston Avenue C/O C S C
Nashville, TN 37203
NAIC # 65676

Certified Mail
Return Receipt Requested
7020 1290 0001 6214 5442
Cashier # 243890

Re: Nicole Blackmon V. Lincoln National Life Ins. Co.

Docket # 324Cv1090

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served September 19, 2024, on your behalf in connection wit the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
801 Broadway #800
Nashville, Tn 37203

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| NICOLE BLACKMON<br>*Plaintiff*<br>v.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>*Defendant* | ) | Civil Action No. 3:24-cv-1090 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company (NAIC CoCode: 65676)
Serve: Registered Agent: TN Commissioner of Insurance
TN Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243-1204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

K. CODY ALLISON
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road - Suite # 250
Nashville, TN 37205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE

*CLERK OF COURT*

Date: 9/10/2024

Sabrina Brewer
*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:24-cv-1090

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Department of
**Commerce &**
**Insurance**
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

RECEIVED
OCT 0 2 2024
U.S. District Court
Middle District of TN

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 37243 $000.69 0
02 4W
0000390138 SEP 30. 2024

Federal District Court Clerk
801 Broadway #800
Nashville, TN 37203

37203$3869 C019