**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**NICOLE BLACKMON,**

**Plaintiff/Counterclaim Defendant,**

**Case No.: 3:24-cv-01090**

**vs.**

**THE LINCOLN NATIONAL**
**LIFE INSURANCE COMPANY,**

**Defendant/Counterclaim Plaintiff.**

---

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER TO DEFENDANT/COUNTERCLAIM PLAINTIFF'S COUNTERCLAIM**

---

COMES NOW the Plaintiff/Counterclaim Defendant, Nicole Blackmon ("Plaintiff" or "Ms. Blackmon"), by and through her attorneys, and for her Answer to the Counterclaim filed by Defendant/Counterclaim Plaintiff The Lincoln National Life Insurance Company ("Defendant" or "Lincoln") states as follows:

Plaintiff admits that Defendant has filed a Counterclaim against her seeking damages resulting from an alleged breach of contract resulting from Plaintiff's alleged failure to reimburse Defendant in accordance with the terms of the Long-Term Disability ("LTD") Policy/Plan at issue, a constructive trust and other equitable relief under 29 U.S.C. § 1132(a) over any benefits from either Defendant or the Social Security Administration currently in the possession of Plaintiff, and recovery from Plaintiff based on an alleged unjust enrichment by virtue of Plaintiff's retention of benefits from the Social Security Administration that she is allegedly obligated to repay to Defendant. Plaintiff admits she was awarded retroactive disability benefits from the Social Security Administration. Plaintiff denies Defendant is entitled to recover any damages from her,

nor is it entitled to a constructive trust or attorneys' fees pursuant to 29 U.S.C. § 1132(a)(1)(B). To the extent that the allegations in Defendant's Counterclaim refer to the LTD Policy/Plan at issue in this lawsuit, the documents comprising the same speak for themselves and are the best evidence of their contents. To the extent that these allegations are inconsistent with or mischaracterize such LTD Policy/Plan and/or omit other relevant provision(s) of such Policy/Plan, they are denied. To the extent that any of the allegations in Defendant's Counterclaim constitute legal conclusions, Plaintiff is not required to answer such allegations. Plaintiff denies any remaining allegations contained in Defendant's Counterclaim not explicitly admitted herein.

Plaintiff denies that Defendant is entitled to any of the relief requested in its Prayer.

Further, Plaintiff asserts the following Defenses. Defendant's Counterclaim fails to state a claim upon which relief can be granted. To the extent the facts and circumstances as developed in this matter support such a defense, Plaintiff reserves the right to rely on the defense that Defendant's claims are barred in whole or part by the Policy's limitations provisions, if any, or the applicable statute of limitations. Plaintiff denies that Defendant is entitled to a judgment against her. To the extent that Defendant may be entitled to judgment for any overpayment of certain benefits, that amount should be offset by, or set off against, all LTD benefits to which Plaintiff was entitled but is still owed; *i.e.*, offset by, or set off against, the still-outstanding LTD payments for which Plaintiff has sued by virtue of her original Complaint. Plaintiff denies that Defendant is entitled to any pre- or post-judgment interest, attorneys' fees, costs, or any further relief. Plaintiff raises each and every affirmative defense required to be pled by applicable rules of civil procedure should said defenses become applicable as this action proceeds. Plaintiff reserves the right to assert additional defenses and claims when and if they become appropriate during this action.

WEREFORE, Plaintiff respectfully requests that the Court deny the relief sought by Defendant, dismiss Defendant's Counterclaim with prejudice, enter judgment on Plaintiff's behalf, and award Plaintiff any such relief as the Court deems just and proper.


**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Andrew M. Hickman*
K. Cody Allison, BPR No. 020623
Andrew M. Hickman, BPR No. 037331
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
drew@codyallison.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2024, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Andrew W. Coffman, Esq.
PHELPS DUNBAR LLP
105 E Main St Ste 201
Tupelo, MS 38804
Post Office Box 1220
Tupelo, MS 38802-1220
Phone: (662) 842-7907
Fax: (662) 842-3873
Email: andrew.coffman@phelps.com

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

/s/ *Andrew M. Hickman*
Andrew M. Hickman