UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

NOTICE REGARDING CONFERENCE LINE
FOR CASE MANAGEMENT CONFERENCES

Notice is hereby given that the conference line and access code for the Initial Case Management Conference scheduled before Magistrate Judge Barbara D. Holmes have changed. Participants are directed to call **1-855-244-8681**, access code **2300 984 3452#**. (Participants will not be able to join the meeting until Judge Holmes joins as host.) If you have trouble joining the conference call or are disconnected, please contact chambers for assistance at 615-736-5164.

BARBARA D. HOLMES, U.S. Magistrate Judge
Middle District of Tennessee

Megan Cobos
Deputy Clerk