IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **NICOLE BLACKMON** | ) | |
| | ) | **Case No. 3:24-cv-01090** |
| **v.** | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY** | ) | |

**O R D E R**

This case is scheduled for an initial case management conference on December 30, 2024. *See* Notice at Docket No. 7. However, due to an unresolvable conflict, the initial case management conference is **RESCHEDULED for January 15, 2025, at 11:00 a.m. (CST)**[1] using the Court's conference line at 1-855-244-8681, access code 2300 984 3452#.

Counsel are reminded of their obligation to jointly prepare a proposed initial case management order, which must be filed by no later than **three (3) business days** before the initial case management conference, and a Word formatted copy of which must also be separately emailed to Courtroom Deputy Megan Cobos at the email address in n.1.[2]

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

[1] If this date and time present an unresolvable conflict for counsel, they must promptly contact Courtroom Deputy Megan Cobos, at Megan_Cobos@tnmd.uscourts.gov, to obtain another mutually agreeable date and time available on the Court's calendar and then must file a motion to reschedule.

[2] Counsel should utilize the form initial case management order found under the link to Magistrate Judge Holmes on the Court's website with designated provisions for Judge Richardson's cases.