# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| Nicole Blackmon<br>*Plaintiff*<br>v.<br>The Lincoln National Life Insurance Company<br>*Defendant* | ) ) ) ) ) | Case No. 3:24-cv-01090 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Nicole Blackmon .

Date: 02/24/2025

/s/ Samuel D. Payne, Esq.
*Attorney's signature*

Samuel D. Payne (TN#019211)
*Printed name and bar number*

Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Rd.
Suite #250
*Address*

sam@codyallison.com
*E-mail address*

(615) 234-6000
*Telephone number*

(615) 727-0175
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Notice of Appearance** has been filed using the Court's CM/ECF system on February 24, 2025, which will automatically send a copy of the filing to:

Andrew W. Coffman, Esq.
PHELPS DUNBAR LLP
105 E Main St Ste 201
Tupelo, MS 38804
Post Office Box 1220
Tupelo, MS 38802-1220
Phone: (662) 842-7907
Fax: (662) 842-3873
Email: andrew.coffman@phelps.com

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

/s/ Samuel D. Payne
Samuel D. Payne