**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**NICOLE BLACKMON,**

**Plaintiff/Counterclaim Defendant,**

**Case No.: 3:24-cv-01090**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant/Counterclaim Plaintiff.**

---

# JOINT CASE RESOLUTION STATUS REPORT

---

Plaintiff Nicole Blackmon and Defendant The Lincoln National Life Insurance Company submit this Joint Case Resolution Status Report pursuant to the Court's January 27, 2025 Initial Case Management Order.

The parties are currently making a good faith attempt to resolve this case. Plaintiff and Defendant have exchanged demands and offers. At this time, the parties do not believe that ADR would assist in the resolution of this case but will revisit the issue should a resolution not be reached.

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Andrew M. Hickman*
K. Cody Allison, BPR No. 020623
Andrew M. Hickman, BPR No. 037331
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com

drew@codyallison.com
*Attorneys for Plaintiff*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ *Iwana Rademaekers* (*w/ permiss. AMH*)
Iwana Rademaekers (Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*One of the Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April 2025, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Andrew W. Coffman, Esq.
PHELPS DUNBAR LLP
105 E Main St Ste 201
Tupelo, MS 38804
Post Office Box 1220
Tupelo, MS 38802-1220
Phone: (662) 842-7907
Fax: (662) 842-3873
Email: andrew.coffman@phelps.com

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

/s/ *Andrew M. Hickman*
Andrew M. Hickman