**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**NICOLE BLACKMON,**

**Plaintiff/Counterclaim Defendant,**

**Case No.: 3:24-cv-01090**

**vs.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant/Counterclaim Plaintiff.**

---

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

---

Plaintiff Nicole Blackmon and Defendant The Lincoln National Life Insurance Company, by and through their respective undersigned counsel, hereby notify the Court that the parties reached a settlement in principle in this matter during negotiation between counsel. The parties anticipate that they will be able to file a joint stipulation of dismissal within thirty (30) days of the filing of this notice, and the parties respectfully request that the Court stay all remaining case deadlines for thirty (30) days, pending consummation of a written settlement agreement and release between the parties.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle and request that the Court enter an Order staying all remaining case deadlines for thirty (30) days.

Dated this 4th day of September 2025.

Respectfully submitted,

**CODY ALLISON & ASSOCIATES, PLLC**

*/s/ Samuel D. Payne*
K. Cody Allison, BPR No. 020623
Samuel D. Payne, BPR No. 019211
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
*Attorneys for Plaintiff*

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ *Iwana Rademaekers* (*w/ permiss. SDP)*
Iwana Rademaekers (Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com
*One of the Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2025, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Andrew W. Coffman, Esq.
PHELPS DUNBAR LLP
105 E Main St Ste 201
Tupelo, MS 38804
Post Office Box 1220
Tupelo, MS 38802-1220
Phone: (662) 842-7907
Fax: (662) 842-3873
andrew.coffman@phelps.com

Iwana Rademaekers, Esq.
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

*/s/ Samuel D. Payne*
Samuel D. Payne