**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **NICOLE BLACKMON** | ) | |
| | ) | **Case No. 3:24-cv-01090** |
| **v.** | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | |
| | ) | |

**O R D E R**

Pending before the Court is the parties' joint notice of settlement and request for stay. (Docket No. 21.) The Clerk is **DIRECTED** to designate the parties' filing (Docket No. 21) as a motion, which, for the reasons requested is **GRANTED**. The remaining case management deadlines are **STAYED** pending further order of the Court. The parties must, **by no later than October 6, 2025**, submit either (i) a joint stipulation of dismissal or joint motion with proposed agreed order of dismissal or (ii) other filing in resolution of case.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge