IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NICOLE BLACKMON,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:24-cv-01090<br><br>JUDGE RICHARDSON |

**ORDER**

On September 15, 2025, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 23) ("Stipulation") The Stipulation states that it is filed pursuant to Rule 41(a)(1)(A)(ii), which authorizes parties to file a self-effectuating stipulation of dismissal, provided that it is signed by or on behalf of all parties.

The Stipulation was signed by counsel for all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this matter without any action on the part of the Court. The Stipulation states that the dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the stipulation.

The Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE