**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Nicole Blackmon

Plaintiff,

v. Case No.: 3:24−cv−01090

The Lincoln National Life Insurance Company

Defendant,

# ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/17/2025 re [24].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk